UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

    VS.                        CRIMINAL NO. 3:06 CR 300 (PCD)

CECIL BOYCE

## ORDER OF DISMISSAL

On June 6, 2006, the defendant pled guilty to Count 2 of the Superceding Indictment in the above-captioned case. On November 19, 2007 a Judgment entered as to the defendant.

IT IS HEREBY ORDERED that the original Indictment and all remaining Counts of the Superceding Indictment in the above-captioned case be dismissed as to the defendant.

SO ORDERED.

Dated at New Haven, Connecticut, this 19th day of November, 2007.

/s/
Peter C. Dorsey, Senior
U.S. District Judge